DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN O. PORTER** and **LORNA PORTER,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVEABLES LLC TRUST 2006-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC2,**
Appellee.

No. 4D2025-1304

[April 1, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Gary Michael Farmer, Jr., Judge; L.T. Case No. CACE18017205.

Kevin O. Porter and Lorna Porter, Miramar, pro se.

Shawn Lee Taylor of DeLuca Law Group, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

KLINGENSMITH, SHAW and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***